SMITH v. KAHN.

(Supreme Court, Appellate Term, First Department.  May 8, 1913.)

ASSAULT AND BATTERY (§ 2*)—ACTS CONSTITUTING.

 Where defendant enticed plaintiff to put her hand through an open window, and then violently pushed the window down on her hand, bruising it and necessitating medical treatment, she had a cause of action for assault and battery.

 [Ed. Note.—For other cases, see Assault and Battery, Cent. Dig. § 1; Dec. Dig. § 2.*

 For other definitions, see Words and Phrases, vol. 1; pp. 539, 540; vol. 8, p. 7582.]

Appeal from City Court of New York, Trial Term.

Action by Annie Smith against Louis J. Kahn.  From a judgment dismissing the complaint, plaintiff appeals.  Reversed, and new trial ordered.

Argued April term, 1913, before GUY, GERARD, and PAGE, JJ.

Nathan Kelmenson, of New York City, for appellant.

Strasbourger, Eschwege & Schallek, of New York City (Emanuel Eschwege, of New York City, of counsel), for respondent.

PER CURIAM.  Plaintiff proved that the defendant enticed her to put her hand through the window to receive money that he owed her, and then violently pushed the window down upon her hand, whereby her hand was bruised, and for which injury she received medical treatment.  These facts establish a prima facie cause of action for assault and battery.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.